LAWRENCE VANDYKE
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
REBECCA JAFFE (NC Bar No. 40726)
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0258
Fax: (202) 305-0506
rebecca.jaffe@usdoj.gov
Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>INTERIOR BOARD OF LAND APPEALS, et al.,<br><br>Defendants. | Case No. 1:19-cv-00095-DBP<br><br>**AGENCY STATEMENT DENYING ARBITRARY AND CAPRICIOUS ACTION**<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 7-4(a)(2)(B), Defendants U.S. Department of the Interior and the Interior Board of Land Appeals submit this response to Plaintiffs' Complaint, ECF No. 1. Plaintiff filed this action on January 29, 2019 under the Administrative Procedure Act, 5 U.S.C. § 706, alleging that the Bureau of Land Management's decision to renew grazing permits on the Duck Creek Allotment and the Interior Board of Land Appeals' affirmance of that decision are arbitrary and capricious, an abuse of discretion, unsupported by substantial evidence, and not otherwise in accordance with the law.    ECF No. 1.    Defendants deny that the Bureau of Land

Management's decision and the Interior Board of Land Appeals' affirmance of that decision are

arbitrary and capricious, an abuse of discretion, unsupported by substantial evidence, or not

otherwise in accordance with the law.    Defendants also deny that Plaintiff has stated a claim

upon which relief can be granted and deny that it is entitled to any relief whatsoever.

DATED this 30th day of August 2019.

LAWRENCE VANDYKE
Deputy Assistant Attorney General

s/ Rebecca Jaffe
REBECCA JAFFE (NC Bar No. 40726)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC    20044
Tel: (202) 305-0258
Fax: (202) 305-0506
rebecca.jaffe@usdoj.gov
Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify that on August 30, 2019, I electronically filed the foregoing Agency Statement

Denying Arbitrary and Capricious Action with the clerk of the court through the CM/ECF

system, which will send notice of the filing to counsel of record in the above-styled case.

s/ Rebecca Jaffe
Rebecca Jaffe